**99–1031.  State v. Stefanski.**

Marion App. No. 9–98–63. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**99–1032.  State v. Gomez.**

Lucas App. No. L–98–1430. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.

RESNICK, J., not participating.

**99–1038.  State v. Jackson.**

Hamilton App. No. C–980559. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., and LUNDBERG STRATTON, J., dissent.

**99–1055.  State v. Beckett.**

Lucas App. No. L–98–1349. On motion for stay of appeal pending court of appeals' decision in pending direct appeal. Motion denied.

RESNICK, J., not participating.

**99–1085.  State v. Brown.**

Athens App. Nos. 98CA14 and 98CA15. On motion for stay of execution of sentence. Motion granted.

DOUGLAS, F.E. SWEENEY and PFEIFER, JJ., dissent.

**99–1086.  State v. Barcus.**

Athens App. Nos. 98CA34 and 98CA35. On motion for stay of execution of sentence. Motion granted.

DOUGLAS, F.E. SWEENEY and PFEIFER, JJ., dissent.

**99–1100.  State v. Reese.**

Mahoning App. No. 98CA33. On motion for stay. Motion denied.

## DISCRETIONARY APPEALS ALLOWED

**99–239.  State v. Reiner.**

Lucas App. No. L–97–1002. Discretionary appeal allowed.

RESNICK, J., not participating.

Discretionary cross-appeal allowed.

COOK, J., dissents.

PEGGY BRYANT, J., of the Tenth Appellate District, sitting for RESNICK, J.

*Sua sponte,* cause consolidated with 99–427, *supra.*

RESNICK, J., not participating.

**99–270.  Oker v. Ameritech Corp.**

Cuyahoga App. No. 72556.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

PEGGY BRYANT, J., of the Tenth Appellate District, sitting for RESNICK, J.